**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA

    **Plaintiff**

       **v.**                             **CRIMINAL NO.** 05-0312(JAG)

RIGOBERTO ENCARNACION-MOTA,

    **Defendant(s)**

---

**ORDER**

The deadline for filing objections to the Magistrate-Judge's Report and Recommendation has elapsed. (Docket No. 37). Upon review of the record, the Court adopts the Report and Recommendation.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 28th day of August, 2006.

                                 S/Jay A. Garcia-Gregory
                                 JAY A. GARCIA-GREGORY
                                 United States District Judge